## Glen Alden Coal Company *v.* Anthracite Miners of Pennsylvania et al., Appellants.

Argued April 4, 1935; reargued April 17, 1935. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*E. C. Marianelli,* with him *James M. Stack, John E. Morris, Jr.,* and *Edgar W. Lare,* for appellants.

*John P. Kelly,* with him *Evan C. Jones, Gilbert S. Mc-Clintock, Reese H. Harris* and *J. H. Oliver,* for appellee.

PER CURIAM, June 29, 1935:

From the suggestion filed since the argument of this case and from admissions appearing in the answer to the suggestion, we are satisfied that the questions raised by the appeal are moot. The appeal is therefore dismissed without prejudice, each party to pay its own costs.